UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br>v.<br><br>**DEAN MINNERATH**<br><br>Defendant. | 1:20-cr-10050-01<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Clint Sargent of Meierhenry Sargent LLP, hereby makes his appearance on behalf of Defendant, Dean Minnerath.  All future pleadings should be sent to said counsel at the address listed below.

Dated this 31st day of December 2020.

                                         */s/ Clint Sargent*
                                         Clint Sargent
                                         MEIERHENRY SARGENT LLP
                                         315 South Phillips Avenue
                                         Sioux Falls, SD  57104
                                         605-336-3075
                                         605-336-2593 facsimile
                                         clint@meierhenrylaw.com
                                                    *Attorneys for the Defendant*