DSD Rev. 09/17

# UNITED STATES DISTRICT COURT

### DISTRICT OF SOUTH DAKOTA

Northern Division

UNITED STATES OF AMERICA

V.

DEAN MINNERATH

**EXHIBIT LIST**

Case Number:  1:20-cr-10050-CBK

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|
| Charles B. Kornmann, United States District | | | Jeremy R. Jehangiri | | Clint L. Sargent | |
| **TRIAL DATE (S)** | | | **COURT REPORTER** | | **COURTROOM DEPUTY** | |
| July 12, 2021 | | | Connie Heckenlaible | | KMH | |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | A |  | 7/12/21 | X | DOJ Summary |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Page 1 of 1

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.